AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JONSAN DANEAL VALLE-RODRIGUEZ | ) | Case No. 3:23-mj-71874MAG |
| | ) | |
| Defendant(s) | ) | |

**FILED**
Dec 14 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 12, 2023, in the county of San Francisco in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Distribution of Controlled Substance<br>Max Penalties:<br>- 20 years' imprisonment<br>- $1 million fine<br>- 3 years to life of supervised release<br>- $100 special assessment<br>- Forfeiture; Deportation; Mandatory and Discretionary denial of federal benefits |

This criminal complaint is based on these facts:

See attached affidavit in support by DEA Special Agent Adam Jones

☑ Continued on the attached sheet.

Approved as to form  /Ivana Djak/
AUSA  Ivana Djak

/s/ Adam Jones
*Complainant's signature*

Adam Jones, DEA Special Agent
*Printed name and title*

Sworn to before me by telephone.

Date: 12/13/2023

/Adam/
*Judge's signature*

City and state: San Francisco, CA

Alex G. Tse, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR AN ARREST WARRANT AND A CRIMINAL COMPLAINT

I, Adam Jones, a Special Agent with the Drug Enforcement Administration, having been duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I make this affidavit in support of an application for an arrest warrant and criminal complaint charging **JONSAN DANEAL VALLE-RODRIGUEZ** ("**VALLE-RODRIGUEZ**") with 21 U.S.C. §§ 841(a)(1), (b)(1)(C), based on his possession with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (fentanyl), on or about December 12, 2023, in San Francisco, California, in the Northern District of California.

### SOURCES OF INFORMATION

2. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

## AFFIANT BACKGROUND

4. I am employed by the United States Department of Justice, DEA, as a Special Agent and have been so employed since January 2023.

5. I received 16 weeks of specialized drug law enforcement training at the DEA training academy in Quantico, Virginia, from February 2023 to May 2023. The training curriculum covered all aspects of drug investigations, including identification of controlled substances, physical and electronic surveillance, utilization of confidential sources, interview techniques, undercover operations, financial investigations, money laundering techniques, and the general operation of drug trafficking organizations. This training included instruction in the investigation of federal drug violations, including, but not limited to Title 21, United States Code, Sections 841 and 846. Additionally, this training included several hundred hours of comprehensive, formalized instruction in, but not limited to, narcotics investigations, drug identification, detection, interdiction, financial investigations and money laundering, identification and seizure of drug related assets, undercover operations, and electronic and physical surveillance procedures.

6. Prior to my employment with the DEA, I was employed in the private sector working as sales training manager for 3 years and as a sales representative for 1 year.

7. During the course of my employment as a DEA Special Agent, I have participated in narcotics investigations in a supporting role. I have debriefed confidential sources, and witnesses who had personal knowledge regarding narcotics trafficking organizations. In addition, I have discussed with numerous law enforcement officers and confidential sources the methods and practices used by narcotics traffickers. I have also participated in many aspects of drug investigations including, but not limited to telephone toll analysis, physical surveillance, and assisted in court ordered wiretap investigations. Moreover, I have executed federal narcotics search and arrest warrants that resulted in the arrest of suspects and seizure of narcotics.

8. Through my training, education, experience, and my conversations with other

agents and officers who conduct drug investigations, I have become familiar with narcotics traffickers' use of mobile telephones, and their use of numerical codes and code words to conduct their business. Also, I have become familiar with narcotics traffickers' methods of operation, including, but not limited to, the manufacturing, distribution, storage, and transportation of narcotics, and the methods used by drug traffickers to collect, transport, safeguard, remit, and/or launder drug proceeds.

9. For example, I recently initiated and/or participated in an Organized Crime Drug Enforcement Task Force ("OCDETF") investigation. The OCDETF program is part of the United States Attorney General's strategy to reduce the availability of drugs by disrupting major trafficking organizations through joint collaborations across agencies.

10. Over the past 7 months, I have worked with other experienced agents, law enforcement officers and prosecutors on cases that apply electronic surveillance to investigating Drug Trafficking Organizations ("DTOs") that are trafficking narcotics across multiple jurisdictions within the United States, including in the San Francisco Bay Area and the Tenderloin District of San Francisco.

11. I have monitored, supervised, conducted surveillance, or otherwise participated in several investigations that utilized electronic and/or wire interceptions. In the course of working on investigations using electronic and/or wire interception, I have monitored, listened to, reviewed transcripts and/or "line sheets" of over 500 intercepted conversations. I estimate that the majority of these conversations were in Spanish and involved the trafficking of methamphetamine, cocaine, heroin, and fentanyl by DTOs, and that the majority of the narcotics trafficking conversations intercepted employed some form of code to thwart law enforcement.

12. I have participated in the investigation discussed in this Affidavit. I also have discussed the investigation with other DEA agents and with other law enforcement agencies involved in it. I have reviewed records and reports relating to the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information

was provided by another DEA agent, law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken, or whose reports I have read and reviewed.

13. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

## APPLICABLE STATUTE

14. **Possession of Controlled Substance with Intent to Distribute**. Under Title 21, United States Code, Section 841(a)(1), (b)(1)(C) it is unlawful for any person to knowingly possess with intent to distribute a federally controlled substance. Under 21 C.F.R. § 1308.12, fentanyl and methamphetamine are Schedule II controlled substances.

## STATEMENT OF PROBABLE CAUSE

15. On December 12, 2023, VALLE-RODRIGUEZ was arrested by DEA agents at a residence located on the 3500 block of Meadow St., in Oakland, California. Agents were executing a federal search warrant issued on December 11, 2023, by the Honorable Alex Tse, United States Magistrate Judge, for several premises and vehicles, including the residence described above (hereinafter referred to as TARGET PREMISES 1).

16. Agents arrived at TARGET PREMISES 1 at approximately 10:00PM on December 12, 2023. Agents knocked and announced themselves. An unidentified male, later identified as VALLE-RODRIGUEZ, opened the door and agents entered the premises. Two unidentified females, one other unidentified male, and four juveniles were inside the apartment. Agents cleared the premises, moved the occupants outside, and searched the premises pursuant to the warrant. VALLE-RODRIGUEZ told the agents that he drives a gray 2004 Nissan Murano with CA License plate #****392, which was one of the vehicles to be searched pursuant to the federal search warrant described above (TARGET VEHICLE 2). VALLE-RODRIGUEZ told the agents that he lived in a room in the apartment (labeled by the agents during the search as Room P), which was the back right room at the end of the hallway.

17.     Agents searched Room P.  Upon entering Room P, agents observed a license plate, with the number #****392 (matching TARGET VEHICLE 2's license plate) hanging from the left wall upon entry.  Agents searched the sole closet in Room P, and discovered a black backpack shoved on top of a pile of clothing inside the closet.  Agents searched the backpack and found a Republic of Honduras registration card containing VALLE-RODRIGUEZ's name and date of birth.  Agents also found 395.8 grams (weight including packaging) of fentanyl inside various ziplock bags and tupperware inside the backpack.  This fentanyl later tested presumptive positive as fentanyl using a TruNarc testing device.  Agents also found a safe and another black backpack both containing large amounts of US currency.

18.     Based on my training and experience, the amount of fentanyl that VALLE-RODRIGUEZ had in his room when arrested on December 12, 2023, and its manner of packaging, were consistent an amount possessed for distribution as opposed to mere personal use.  VALLE-RODRIGUEZ was arrested at an apartment DEA agents know to be connected to a drug trafficking crew and were searching pursuant to a federal search warrant.  VALLE-RODRIGUEZ's Honduran Identification card was located inside the backpack inside the closet where these drugs were found.  This amount of controlled substances, as well as the facts and circumstances set forth above, further supports VALLE-RODRIGUEZ's intent to distribute the controlled substances that he possessed at the time of his arrest.

//
//
//
//
//
//
//
//

## CONCLUSION

19.     Based on the information above, there is probable cause to believe that on or about December 12, 2023, **VALLE-RODRIGUEZ** violated 21 U.S.C. §§ 841(a)(1), (b)(1)(C), based on his possession with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (fentanyl). Accordingly, I respectfully request that the Court issue a criminal complaint and a warrant for his arrest.

/s/ Adam Jones
Adam Jones
Special Agent
Drug Enforcement Administration

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 13th day of December 2023.  This complaint and warrants are to be filed under seal.

HONORABLE ALEX G. TSE
United States Magistrate Judge