ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

IVANA DJAK (NYBN 5516687)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3918
   FAX: (510) 637-3724
   ivana.djak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:23-mj-71860 MAG |
| Plaintiff, | ) MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION FOR DETENTION |
| v. | ) |
| MARIA VALLE-RODRIGUEZ, | ) Date: December 14, 2023 |
| Defendant. | ) Time: 10:30 AM <br> ) Court: Hon. Alex G. Tse |

## INTRODUCTION

Maria Valle-Rodriguez is a professional drug dealer at the center of a drug trafficking operation in the Tenderloin District of San Francisco. Valle-Rodriguez and her crew deal primarily near the corner of Golden Gate Ave. and Hyde St. Valle-Rodriguez and her crew have been the subject of a long-term federal investigation. On December 12, 2023, DEA agents and SFPD officers searched Valle-Rodriguez's residence and vehicles registered to her name and address, as well as other locations and vehicles associated to her crew, pursuant to a search warrant issued by the Honorable Alex G. Tse, United States Magistrate Judge. *See* Case No. 3:23-mj-71861 AGT. Law enforcement personnel recovered approximately eight gross pounds of fentanyl and fentanyl analogue and two gross pounds of

methamphetamine, as well as large sums of US currency, at the premises and vehicles registered to Valle-Rodriguez and her residence.

Additionally, between August 9, 2023, and November 8, 2023, Valle-Rodriguez sold to an undercover police officer (UC-1) suspected controlled substances five times—four times in San Francisco's Tenderloin District and, on the fifth and final time, in Oakland. On August 9, 2023, Valle-Rodriguez sold approximately 4.5 grams gross of "clean" fentanyl to UC-1 for $100, which tested presumptive positive for fentanyl via TruNarc testing device. Valle-Rodriguez again sold UC-1 suspected fentanyl on August 17, 2023 (58.9 grams gross) and on September 7, 2023 (58.6 grams gross); confirmatory drug testing for these substances is pending, as they originally presumptively tested as mannitol, a cutting agent frequently used to stretch fentanyl for profit. On November 7, 2023, in exchange for $500, Valle-Rodriguez sold UC-1 suspected fentanyl (51.8 grams) (pending confirmatory testing) and 31.4 grams of methamphetamine (which tested via TruNarc as methamphetamine). On November 28, 2023, in exchange for $500, Valle-Rodriguez sold UC-1 85.4 gross grams of suspected fentanyl. Four vehicles are registered to Valle-Rodriguez's residence located on the 3500 block of Meadow St., in Oakland, California, three of them to her name, all of them known to law enforcement personnel as vehicles used for drug trafficking in the Tenderloin.

The area where Valle-Rodriguez deals—Golden Gate Avenue and Hyde Street— has suffered from an increase in criminal activity including drug trafficking, drug use, assaults, robberies, stabbings, and shootings. Of particular concern is the fentanyl trafficking taking place in this area. Through October of this year, more than 456 people in San Francisco have died from fentanyl overdoses, putting the City on track for an all-time record. It only takes two milligrams to kill a person.[1] Valle-Rodriguez has distributed deadly quantities of fentanyl in San Francisco. But open-air drug markets also create other dangerous externalities, like the violence attendant to drug trafficking. For example, a member of Valle-Rodriguez's crew was killed in a shooting at this location several weeks ago.

The Defendant is both a danger to the community and a significant flight risk. Valle-Rodriguez

---

[1] Office of San Francisco City Administrator, *Report on Accidental Overdose Deaths*, https://sf.gov/sites/default/files/2023-09/2023%2009_OCME%20Overdose%20Report.pdf; ABC7 News, *385 died of fentanyl overdose in SF this year; could set record, health officials say,* https://abc7news.com/san-francisco-drug-problem-fentanyl-tenderloin-overdose-deaths/13654885/.

is a professional drug dealer. Her drug trafficking record goes back to 2014 in Utah, when she was convicted of felony drug trafficking. She has a track record of ignoring court orders—she was removed to Honduras twice, re-entered each time, and continued to traffic drugs. In August 2015, she was convicted of illegal reentry and was sentenced to 27 months of imprisonment.

Valle-Rodriguez cannot overcome the presumption that there is no condition or combination of conditions that can secure her appearance before the Court or provide for the safety of the community. The surety she proposed, her wife, has a drug trafficking criminal record herself, and resides at the premises out of which Valle-Rodriguez ran her drug trafficking operation and where law enforcement personnel found staggering quantities of deadly drugs. Valle-Rodriguez also lists her US-citizen sister-in-law who resides at the same premises with her four children—children who live in proximity to the deadly drugs Valle-Rodriguez deals. That same sister-in-law is also the owner of a vehicle in which law enforcement personnel discovered additional large quantities of drugs, as described below. Valle-Rodriguez also has an immigration detainer entered against her. She is facing the most serious charges she has faced to date and is a significant flight risk. Accordingly, the government requests that she be detained pending trial.

I. FACTUAL BACKGROUND

The government proffers facts herein in support of the argument that Valle-Rodriguez is a danger to the community and a flight risk through counsel.[2]

    A.    <u>The August 9, 2023, August 17, 2023, September 9, 2023, November 7, 2023, and November 28, 2023, Controlled Buys from Valle-Rodriguez</u>

Between August 9, 2023 and November 8, 2023, Valle-Rodriguez sold an undercover police officer (UC-1) suspected controlled substances five times—four times in San Francisco's Tenderloin District and, on the fifth and final time, in Oakland. On August 9, 2023, the defendant sold

---

[2] The Federal Rules of Evidence do not apply to pretrial detention hearings. *See* 18 U.S.C. § 3142(f)(2)(B) ("The Rules concerning admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the hearing."); *see also* FED. R. EVID. 1101(d)(3) (exception to application of federal evidence rules for "miscellaneous proceedings such as . . . considering whether to release on bail or otherwise."). Defendants at pretrial detention hearings are expressly authorized by the Bail Reform Act of 1984 to "present information by proffer or otherwise." 18 U.S.C. § 3142(f)(2)(B). Because the Act ratified existing practice, the government is likewise authorized to present information by proffer.

approximately 4.5 grams gross of "clean" fentanyl to UC-1 for $100, which tested presumptive positive for fentanyl via TruNarc testing device. She again sold UC-1 suspected fentanyl on August 17, 2023 (58.9 grams gross) and on September 7, 2023 (58.6 grams gross). The suspected fentanyl from both sales tested as "mannitol" via TruNarc testing device; mannitol is a sugar-like cutting agent used by dealers to stretch their product and maximize profits. Based on my training and experience, when suspected fentanyl tests via TruNarc as mannitol, subsequent confirmatory testing at a laboratory frequently confirms the actual presence of fentanyl mixed with mannitol. On November 7, 2023, in exchange for $500, VALLE-RODRIGUEZ sold UC-1 suspected fentanyl (51.8 grams, which tested via TruNarc as mannitol) and also 31.4 grams of methamphetamine (which tested via TruNarc as methamphetamine).

On November 28, 2023, Valle-Rodriguez again sold fentanyl, but this time, in Oakland. On November 27, 2023, UC-1 communicated with the defendant and requested to purchase fentanyl. The defendant replied to UC-1 and said she could sell to UC-1 but that she was not going into San Francisco to sell. At approximately 3:00 PM on November 28, 2023, UC-1 and the defendant negotiated over the phone and agreed on a price of $500 for three ounces of "yellow" fentanyl, which is street terminology for fentanyl. UC-1 stated they were about 30 minutes from Oakland and the defendant directed UC-1 to go to an address on Meadow Street in Oakland.

Law enforcement had surveillance units already positioned near this location, which was the defendant's residence. UC-1 then drove to the Meadow Street location, and at about 3:30 PM, law enforcement observed the defendant exit her Meadow Street residence, and walk to the middle of the driveway. At this point, the defendant walked to the driver side window of UC-1's vehicle. UC-1 rolled the window down and greeted the defendant. UC-1 handed the defendant $500 and, in return, the defendant provided UC-1 with one clear baggie containing a white powdery substance (suspected fentanyl). Law enforcement field tested the suspected fentanyl using a TruNarc Analyzer device. The field test showed the suspected fentanyl to be presumptive positive for the presence of fentanyl. DEA agents then weighed the suspected fentanyl at 85.4 grams gross.

### B. Vehicles Registered to Valle-Rodriguez and Valle-Rodriguez's Residence Are Used in Drug Trafficking in the Tenderloin

While law enforcement engaged Valle-Rodriguez in undercover buys, they also investigated the group of people she deals drugs with, including Emilson Valle-Zuniga, her deceased brother with the moniker "Lolo", and others. Law enforcement personnel have on several separate occasions observed the defendant, accompanied by other individuals, park on Gough St. and walk down towards Golden Gate Ave. and Hyde St. On one occasion on September 19, 2023, at approximately 9:30PM, DEA and SFPD narcotics team members set up surveillance on Gough St. DEA Agents and SFPD officers witnessed a red 2011 Nissan Maxima with CA License plate #****616, registered to Maria Valle-Rodriguez at the same address on the 3500 block of Meadow St., in Oakland, California ("Vehicle 1"), park on Fulton St. Valle-Rodriguez exited Vehicle 1. Also on the scene was a silver Honda Accord. An unknown male wearing a backpack exited the Honda Accord and walked over to Valle-Rodriguez as she stood by Vehicle 1. Valle-Rodriguez and the male wearing the backpack started walking eastbound together towards the vicinity of Golden Gate Ave. and Hyde St., where UC-1 has previously bought drugs from Valle-Rodriguez. Shortly thereafter, around 10:00PM, a gray 2004 Nissan Murano with CA License plate #****392, registered to M.A.V.R. at the same address on the 3500 block of Meadow St. ("Vehicle 2"), also parked on Fulton St. near Vehicle 1. Shortly thereafter, at approximately 10:50PM, a silver Infiniti parked on the north side of Fulton St. facing west, also near Vehicles 1 and 2. At approximately 11:00PM, another male, without a backpack at that point, walked up to Vehicle 2 from the street and leaned into the passenger side window. The passenger of Vehicle 2 exited the car and walked with the man to the trunk. The driver exited shortly thereafter. At that point the driver and passenger of Vehicle 2, started putting on extra layers of clothing, and then along with the other male man all three headed eastbound down Fulton St. in the same direction as Valle-Rodriguez. The other male, who was previously without a backpack, now had a backpack on him. At about 11:30PM, the driver of the silver Infiniti, stepped out of the vehicle, put on additional black layers of clothing, and headed east towards Franklin St. on the north side of Fulton St.

SFPD officers conducted separate surveillance of this same crew on several mornings, specifically September 10, 11, and 17, 2023 at approximately 5:30AM. Drug dealers in San Francisco

usually finish their night shifts early in the morning. SFPD officers witnessed Vehicles 1, 2, and a silver 2017 Toyota Rav4 with CA License plate #****172, registered to M.A.V.R. at the same address on the 3500 block of Meadow St., in Oakland, California ("Vehicle 3"), all parked in the vicinity of Gough Street, and Valle-Rodriguez and other individuals all walk back towards these vehicles at similar times. On each occasion, SFPD officers witnesses this group arrive back at their cars wearing back packs and coming from the direction of Golden Gate Ave. and Hyde St., the same location where UC-1 purchased drugs from Valle-Rodriguez. On each of those mornings, Valle-Rodriguez got into Vehicle 1 and drove away.

Vehicles 1, 2, and 3 are all registered to Valle-Rodriguez. All three Vehicles were observed parked near each other and departing at the same time. The individuals driving Vehicles 2 and 3 were observed walking with and talking to Valle-Rodriguez as she headed towards and back from the area where she has been observed dealing drugs. A backpack was seen being removed from the trunk of Vehicle 2. Based in part on this surveillance, on October 27, 2023, the Honorable Thomas S. Hixson granted a tracking warrant for Vehicles 1, 2, and 3. *See* Case No. 3:23-mj-71612 TSH.

Thereafter, SFPD and DEA agents continued to investigate Valle-Rodriguez and her crew. On November 5, 2023, at approximately 9:30PM, law enforcement witnessed a gold 2008 Nissan Altima with CA License plate #****206 ("Vehicle 4"), registered to Emilson Valle-Zuniga[3] at the same address on the 3500 block of Meadow St., park on Fulton Street. Shortly thereafter, Vehicle 1 also arrived and parked on Fulton Street. At approximately 9:50PM, a man later identified as Valle-Zuniga exited Vehicle 4. At approximately 10:00PM, the Valle-Rodrigue exited Vehicle 1

Later that night, at around or before 10:53PM, SFPD officers observed Vehicle 2 located on the corner of 94th Ave. and A St. in Oakland, CA. SFPD officers were surveilling the location where the tracker attached to Vehicle 2 indicated that Vehicle 2 was parked. Vehicle 2 left the Oakland location at about 10:53PM and arrived on Fulton Street at around 12:00AM, and parked in the same vicinity as Target Vehicle 1 and Vehicle 4. Vehicle 2 had three occupants – two women and one man. Shortly after Vehicle 2 parked near Vehicles 1 and 4, law enforcement personnel observed all three occupants of

---

[3] Emilson Valle-Zuniga has been charged in a federal criminal complaint with violating 21 U.S.C. 841(a)(1), (b)(1)(C), issued on December 13, 2023 based on conduct described below.

1  Vehicle 2 exit and walk towards McAllister and Hyde St.

2        On November 7, 2023, SFPD officers conducted further surveillance of this same crew.  At
3  approximately 9:30PM officers observed Vehicle 4 parked along the south curb of Fulton St., between
4  Gough St. and Octavio St.  At approximately 9:50PM, Vehicle 1 parked along the south curb of Fulton
5  St., just east of Octavia St.  Shortly thereafter Vehicle 4 made a U-turn and parked on the north side of
6  Fulton St., east of Octavia St., directly across the street from Vehicle 1.  After a few minutes, Valle-
7  Zuniga exited Vehicle 4.  The man was carrying a black backpack and white plastic grocery bag.  The
8  man walked eastbound on Fulton St. towards Gough St.  Four minutes later, Valle-Rodriguez exited the
9  driver's seat of Vehicle 1.  She exited the car with a backpack and walked east bound on Fulton St.  At
10 approximately 11:10PM, Vehicle 3 parked along Fulton St. on the north side, just west of Gough St.  A
11 male and female occupant were inside the vehicle.  They both exited the vehicle at approximately
12 11:55PM, and walked eastbound on Fulton, past Gough St. and continued towards Franklin St.

13       Vehicle 4 was observed parking near and arriving and departing at times close to Vehicles 1, 2,
14 and 3.  The individuals driving those vehicles were observed walking with and talking to Valle-
15 Rodriguez as she headed towards the area where she has been observed dealing drugs.  Vehicle 4 is
16 registered to the same address as Vehicles 1, 2, and 3, specifically, the address on the 3500 block of
17 Meadow St., in Oakland, California, that is tied to Valle-Rodriguez.  Valle-Zuniga, the driver of Vehicle
18 4 was seen by UC-1 during the undercover buy on August 17, 2023, and was seen driving Vehicle 4 to
19 the same location where Vehicles 1, 2, and 3 were parked.  Based on this surveillance, on November 28,
20 2023, the Honorable Sallie Kim granted a tracking warrant for a TARGET VEHICLE 4.  *See* Case No.
21 3:23-mj-71758 SK.  SFPD and DEA agents continued to investigate the SUBJECT PERSON and her
22 crew.

23       During the course of the investigation into Valle-Rodriguez's crew, law enforcement personnel
24 worked to identify individual members of the crew seen driving in the Target Vehicles or dealing or
25 walking in the Tenderloin with Valle-Rodriguez.  One of the individual members identified was an
26 individual with the monicker "Lolo."  An SFPD officer positively identified the driver of Vehicle 3 as
27 Lolo, an individual who had previously been arrested in the Tenderloin District for possession of an
28 illegal narcotic on February 8, 2019.  Law enforcement personnel had Lolo's mug shots from that

previous arrest and could positively identify him as the driver of Vehicle 3. Law enforcement subsequently identified Lolo as Maria Valle-Rodriguez's brother during the undercover buy on November 28, 2023. During that undercover buy, Maria Valle-Rodriguez told the UC, that her brother had just been killed several nights before. It appears Lolo was the victim of a fatal shooting that occurred near Golden Gate Avenue and Hyde Street on November 25, 2023.

### C. Valle-Rodriguez's Residence and Related Premises Used in Drug Trafficking

Law enforcement personnel also used tracker data to identify where Valle-Rodriguez and her crew stashed their drugs. At the center of the drug trafficking operation is Valle-Rodriguez's residence located on the 3500 block of Meadow St., in Oakland, California.

All of the Target Vehicles were registered to Valle-Rodriguez's residence on Meadow St. And the tracking data gathered has shown that all Vehicles have repeatedly driven to Valle-Rodriguez's residence. The tracker data shows that for the period that the tracking devices have been on Vehicles 1 and 4, those vehicles have consistently returned to Valle-Rodriguez's residence almost every morning after coming back from the Tenderloin District. The drivers of the four vehicles have been observed entering Valle-Rodriguez's residence. Valle-Rodriguez sold UC-1 drugs right outside her residence.

Based on in part on these facts, on December 11, 2023, the Honorable Alex G. Tse issued a search warrant for the premises and vehicles associated with Valle-Rodriguez and her crew. *See* Case No. 3:23-mj-71861 AGT. Judge Tse also issued an arrest warrant for Valle-Rodriguez. See Case No.3:23-mj-71860 MAG

### D. December 12, 2023 Search Warrant Execution– Large Quantities of Drugs Found in Valle-Rodriguez's Residence and Vehicles Associates with Valle-Rodriguez's Crew

#### i. Search of Valle-Rodriguez Residence

On December 12, 2023, law enforcement executed the federal search warrant described above. Agents arrived at the residence located on the 3500 block of Meadow St., at approximately 10:00PM. Agents knocked and announced themselves. An unidentified male, later identified as Jonsan Valle-Rodriguez[4], another brother of Maria Valle-Rodriguez, opened the door and agents entered the premises.

---

[4] Jonsan Valle-Rodriguez has been charged in a federal criminal complaint with violating 21 U.S.C. 841(a)(1), (b)(1)(C), issued on December 13, 2023 based on conduct described below.

Two unidentified females, one other unidentified male, and four juveniles were inside the apartment. Agents cleared the premises, moved the occupants outside, and searched the premises pursuant to the warrant. Jonsan Valle-Rodriguez told the agents that he drives a gray 2004 Nissan Murano with CA License plate #****392, which was one of the vehicles to be searched pursuant to the federal search warrant described above (Vehicle 2). Jonsan Valle-Rodriguez told the agents that he lived in a room in the apartment (labeled by the agents during the search as Room P), which was the back right room at the end of the hallway.

Agents searched Room P. Upon entering Room P, agents observed a license plate, with the number #****392 (matching Vehicle 2's license plate) hanging from the left wall upon entry. Agents searched the sole closet in Room P, and discovered a black backpack shoved on top of a pile of clothing inside the closet. Agents searched the backpack and found a Republic of Honduras registration card containing Jonsan Valle-Rodriguez's name and date of birth. Agents also found 395.8 grams (weight including packaging) of fentanyl inside various ziplock bags and tupperware inside the backpack. This fentanyl later tested presumptive positive as fentanyl using a TruNarc testing device. Agents also found a safe and another black backpack both containing large amounts of US currency.

Inside Room P, underneath the license plate hanging on the wall, agents observed multiple sets of car keys hanging from a wall mount. Agents then asked Jonsan Valle-Rodriguez which cars those keys were associated with. Jonsan Valle-Rodriguez pointed agents to a 2004 four-door silver Mazda with CA License plate #****083, registered to R.G., at the same address on the 3500 block of Meadow St., in Oakland, California. Jonsan Valle-Rodriguez also pointed agents to a 2005 silver Infiniti with CA License plate #****793, registered to Jose Rodriguez Hernandez, at 1207 78th Ave., Oakland, CA 97621. Both the silver Mazda and silver Infiniti were parked right outside the door of the residence located on the 3500 block of Meadow St., in the building parking lot. Agents then searched the silver Mazda and the silver Infiniti. The silver Infiniti did not contain any contraband and was cleared by agents. Inside the silver Mazda, agents found a Honduran passport belonging to Jonsan Valle-Rodriguex in the passenger side glovebox. Upon searching the trunk, agents located a black backpack containing 900.9 net grams of methamphetamine, and 1578.4 net grams of fentanyl, among other controlled substances.

The suspected fentanyl and methamphetamine seized from Maria Valle-Rodriguez's residence, and the vehicle registered to the sister-in-law R.G. (whom defendant Maria Valle-Rodriguez has proposed as a surety for bond, thought R.G. could not be reached), later tested presumptively positive for fentanyl and methamphetamine utilizing a TruNarc testing device. The combined total weight of the suspected fentanyl was 1,974.2 grams, and the methamphetamine weighed 900.9 grams (weights include original packaging).

          ii.      Search of Vehicle 4

On December 12, 2023, law enforcement searched Vehicle 4 pursuant to the federal search warrant described above. At approximately 10:00PM, law enforcement personnel located Vehicle 4 driving eastbound on Fulton St. between Octavia St. and Franklin St. in San Francisco, CA. Vehicle 4 came to a stop on Fulton St. just prior to Franklin St. Law enforcement personnel had previously observed Valle-Zuniga on multiple occasions driving Vehicle 4 from Oakland to the Tenderloin District over a period of several weeks. UC-1 had seen Valle-Zuniga dealing with Maria Valle-Rodriguez on August 17, 2023, in the Tenderloin. Vehicle 4 is registered to Emilson Valle-Zuniga at the same address on the 3500 block of Meadow St. described above.

As soon as Vehicle 4 parked, law enforcement personnel moved in and detained the sole occupant of the vehicle, a male whose identity was later confirmed as Valle-Zuniga. At law enforcement's direction, VALLE-ZUNIGA exited the vehicle and was detained without incident. Valle-Zuniga told law enforcement his name; he possessed a Honduran identification card bearing his name when he exited the vehicle.

Law enforcement then searched Valle-Zuniga's person and Vehicle 4. No contraband was found on Valle-Zuniga's person. Inside the vehicle, inside the front passenger floorboard, law enforcement personnel located a black backpack. Inside the backpack, officers located clear plastic baggies containing suspected fentanyl, methamphetamine, among other suspected controlled substances. The suspected fentanyl and methamphetamine seized from Vehicle 4 later tested presumptively positive for a mixture and substance containing cyclopropyl fentanyl, an analogue of fentanyl—N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide—and (2) a mixture and substance containing a detectable amount of methamphetamine, utilizing a TruNarc testing device. The total weight of the suspected

cyclopropyl fentanyl was 766.1 grams, and the methamphetamine weighed 60.4 grams (all weights include packaging).

### iii.   Maria Valle-Rodriguez's Arrest

On December 12, 2023, law enforcement also executed the search warrant issued by Judge Tse, on Vehicle 1, and the arrest warrant issued by Judge Tse for Valle-Rodriguez. *See* Case No. 3:23-mj-71860 MAG.  At approximately 10:00PM, DEA agents located Vehicle 1 driving near the intersection of Franklin St. and Oak St. in San Francisco.  Law enforcement observed that Valle-Rodriguez was the only occupant of the vehicle and initiated a traffic stop.  Valle-Rodriguez pulled her vehicle over.  Law enforcement instructed her to exit the vehicle and placed her under arrest pursuant to the search warrant.  Law enforcement searched Valle-Rodriguez's person and Vehicle 1 and did not locate contraband.  Based on law enforcement's training and experience, the fact Valle-Rodriguez did not personally have controlled substances on her was not surprising given her use of a sophisticated, multi-member drug trafficking crew who works in tandem to carry controlled substances, and was consistent with prior observations of Valle-Rodriguez using co-conspirators to bring drugs to her—as well as the pattern of the occupants of the other vehicles collecting backpacks from their cars and walking into the Tenderloin with Valle-Rodriguez.

## D.   Valle-Rodriguez is a Professional Drug Dealer

This is not the first time Valle-Rodriguez has been charged with a felony drug trafficking offense.  The Defendant was convicted for drug trafficking in Utah in 2014.  Thereafter she was removed to Honduras but illegally re-entered.  In 2015, Valle-Rodriguez was convicted of illegal re-entry and sentenced to 27-months' imprisonment.  She was again removed to Honduras in 2017, and again illegally re-entered.  And there is now an immigration detainer in place for Valle-Rodriguez.

## II.   LEGAL STANDARDS

This Court can detain a defendant pretrial without bail where "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community."  18 U.S.C. § 3142(e)(1).  Detention is appropriate where a defendant is either a danger to the community or a flight risk.  *Id.* at § 3412 (b), (c).  A finding that a defendant is a danger to the community must be supported by clear and convincing evidence.  *Id.* at § 3142(f)(2)(B).

A finding that a defendant presents a risk of non-appearance must be supported by a preponderance of the evidence. *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

The Court considers four factors to determine whether the pretrial detention standard is met: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the defendant; (3) the defendant's history and characteristics, including his character, physical and mental condition, family and community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings, as well as whether the crime was committed while the defendant was on probation or parole; and (4) the nature and seriousness of the danger to any person or to the community that would be posed by the defendant's release. 18 U.S.C. § 3142(g); *United States v. Winsor*, 785 F.2d 755, 757 (9th Cir. 1986).

Finally, the law presumes that no condition or combination of conditions will reasonably assure the appearance of the defendant, and the safety of the community, when the defendant is charged with an offense under the Controlled Substances Act for which the maximum term of imprisonment is ten years or more. 18 U.S.C. § 3142(e)(3)(A). In such cases, the burden of production shifts to the defendant. *United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008). Even if the defendant rebuts the presumption, the presumption is not erased; instead, it remains in the case as an evidentiary finding militating against release that is to be weighted along with other relevant factors. *See id.*

III.     ARGUMENT

     A.     The Defendant Faces a Rebuttable Presumption in Favor of Detention.

The defendant Maria Valle-Rodriguez is charged with one instance of distributing fentanyl in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C). But as described in the December 11, 2023 criminal complaint, she repeatedly sold fentanyl and methamphetamine to UC-1 as part of a multi-month pattern of professional drug sales. Given the fentanyl distribution charge, this offense carries a maximum term of imprisonment of ten years or more under the Controlled Substances Act. As a result, there is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community. *See* 18 U.S.C. § 3142(e)(3)(A). As described below, the defendant will be unable to overcome this presumption.

B. <u>The Defendant Cannot Overcome the Presumption that She Is a Flight Risk.</u>

The defendant is a foreign national with no permanent employment other than being a professional drug dealer. She is not a United States citizen and faces deportation if convicted. In fact, her criminal history of felony drug trafficking and felony illegal-reentry convictions show that she is undeterred by court orders and will not be amenable to pretrial release and conditions imposed by the court to assure pretrial attendance (Valle-Rodriguez was repeatedly removed and repeatedly illegally re-entered and continued selling drugs in the United States).

The sureties Valle-Rodriguez lists are her wife, and sister-in-law—the same people she has been associating with during her drug trafficking activities. Valle-Rodriguez's wife has several drug trafficking arrests herself. Valle-Rodriguez's sister-in-law owns the silver Mazda in which large quantities of drugs were found. Neither of these women, have deterred Valle-Rodriguez from engaging in drug trafficking in the time they have known her—they have not been able to exercise moral suasion over her up to this point, and there is no evidence they will be able to do so in the future. Indeed, given that Defendant has no verifiable employment other than professional fentanyl dealing, there is a strong likelihood (absent verifiable contradictory information) that some the sureties are beneficiaries of the proceeds of her drug sales.

Additionally, the charges brought against Valle-Rodriguez are serious—the most serious she has faced. She faces a significant sentence if she is convicted. Additionally, the evidence against Valle-Rodriguez is very strong, including several undercover buys and much officer surveillance of drug trafficking activity. *See United States v. Gebro*, 948 F.2d 1118, 1122 (9th Cr. 1991) (holding that strong evidence of guilt "makes it more likely that he will flee"). All of these factors, when taken together, demonstrate that the Defendant poses a significant flight risk and has strong incentives to flee.

C. <u>Defendant Cannot Overcome the Presumption that She is a Danger to the Community</u>

The defendant is also a significant danger to the community. Valle-Rodriguez sold UC-1 a total of 256 gross grams of suspected fentanyl over five undercover buys. On December 12, 2023, law enforcement found 395.8 grams of fentanyl at Valle-Rodriguez's residence, 1578.4 net grams of fentanyl in the vehicle registered to Valle-Rodriguez's sister-in-law and proposed surely; 766.1 grams of

fentanyl in Vehicle 4, a Vehicle that parked at Valle-Rodriguez's residence and joined her as she dealt drugs in the Tenderloin. Valle-Rodriguez is no small-time dealer. She is the central hub of large drug-trafficking group. Taken together, this group possessed staggering quantities of fentanyl for sale. Just two milligrams of fentanyl can kill. They had nearly three kilograms of fentanyl possessed for sale on single night. Valle-Rodriguez continued to deal despite several attempts to remove her and an illegal re-entry conviction, and a prior felony drug trafficking conviction. Valle-Rodriguez cannot be deterred and if she is released, she will find a way to continue dealing deadly drugs.

## IV.  CONCLUSION

The Court should order the Defendant detained pending trial because Valle-Rodriguez cannot overcome the presumption that there are no conditions that will reasonably assure her appearance at court proceedings or ensure the safety of the community.

DATED: December 14, 2023                              Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*Ivana Djak*

IVANA DJAK
Assistant United States Attorney